UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF ILLINOIS

FABIAN VILLAGOMEZ,

    Plaintiff,

  v.                                                   Case No. 3:18-cv-00033-JPG-MAB

EXPERIAN, TRANS UNION, LLC, and
EQUIFAX,

    Defendants.

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    Fabian Gomez—formerly a prisoner at Vandalia Correctional Center—sued the three major credit reporting agencies when they allegedly did not send him a free copy of his credit report. The Court previously granted defendant Trans Union, LLC's motion for judgment on the pleadings, and then ordered Gomez to show cause why the Court should not dismiss defendants Experian and Equifax for the same reasons. (ECF No. 29.) Gomez did not respond. For that reason, the Court **DISMISSES** the remainder of this case **WITH PREJUDICE** (1) under Federal Rule of Civil Procedure 41(b) for Gomez's failure to comply with an order of this Court, and (2) for all of the same reasons in the Court's order dismissing defendant Trans Union, LLC. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: MAY 29, 2019**

                                                  s/ *J. Phil Gilbert*
                                                  **J. PHIL GILBERT**
                                                  **U.S. DISTRICT JUDGE**