# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN VILLAGOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN, TRANS UNION, LLC, and EQUIFAX,<br><br>    Defendants. | Case No. 3:18-cv-00033-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Trans Union, LLC, that the claim against Trans Union, LLC is **DISMISSED WITH PREJUDICE**, and that all claims against the remaining defendants are also **DISMISSED WITH PREJUDICE**.

DATED: May 29, 2019

                                          **MARGARET M. ROBERTIE,**
                                          Clerk of Court

                                          **BY:**   s/Tina Gray
                                                          **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**